# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In proceedings under Chapter 13 |
| | ) | Honorable David D. Cleary |
| Eleni Papakostas Cintron, | ) | |
| | ) | |
| | ) | Case No 19 B 33909 |
| Debtor. | ) | |

## AGREED ORDER IN SETTLEMENT OF MOTION
## TO MODIFY STAY FILED BY TD AUTO

COMES NOW TD Auto Finance LLC ("TD Auto") and Debtor, through their attorneys, in settlement of the Motion to Modify Stay filed by TD Auto, and agree as follows:

1. TD Auto holds a valid secured interest in the following vehicle:

    2014 Ford Explorer, VIN: 1FM5K8GT8EGB50057

2. TD Auto filed a Motion to Modify Stay in reference to the aforementioned vehicle.

3. In settlement of that Motion to Modify Stay, the parties agree that Debtor shall resume the regular monthly payments to TD Auto outside of the Plan and shall maintain said payments in a timely manner.

4. TD Auto agrees that the automatic stay shall remain in effect.

5. If Debtor becomes delinquent more than sixty (60) days in any payment to TD Auto, TD Auto shall file a Notice of Default and mail a copy to Debtor and fax and e-mail a copy to Debtor's attorney. If the default is not cured by payment within fourteen (14) days from the date of mailing of the Notice of Default, the automatic stay will be lifted upon the filing of a Notice of Termination of Automatic Stay.

6. In the event that Debtor surrenders the aforesaid vehicle, TD Auto shall be entitled to immediate relief from the automatic stay upon the filing of a Notice of Termination of Automatic Stay.

7. In the event that the automatic stay is terminated, TD Auto may repossess and sell the vehicle, apply the sale proceeds to the indebtedness due and owing TD Auto, and file an amended proof of claim.

8. The parties agree and acknowledge that the terms of this Agreed Order will not survive the dismissal or closure of the Debtor's bankruptcy proceeding.

  IT IS THEREFORE ORDERED THAT the Motion to Modify Stay is denied as settled, that the automatic stay shall remain in effect as to the vehicle described above, that Debtor shall provide TD Auto with adequate protection according to the foregoing terms. In the event that Debtor fails to provide TD Auto with adequate protection on such terms, the automatic stay shall terminate as described above.

ENTERED:

Date: April 2, 2020

_____
United States Bankruptcy Judge

**/s/ David H. Cutler**
David H Cutler
Attorney at Law
4131 Main St.
Skokie IL 60076

Attorney for Debtor

**/s/ Kathryn A. Klein**
Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Attorneys for TD Auto