UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 19-33909
Eleni Papakostas Cintron  )
 )  Chapter: 13
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

a) Defer the current trustee default to the end of the Plan;

b) Extend the Chapter 13 Plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1); and

c) The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: March 01, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600