**UNITED STATES BANKRUPTCY COURT**
**NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) In proceedings under Chapter 13 |
| | ) Honorable David D. Cleary |
| Eleni Papakostas Cintron, | ) |
| | ) Case No. 19 B 33909 |
| Debtor. | ) |

## NOTICE OF DEFAULT

TO: Eleni Papakostas Cintron
228 W Frontage Rd
Winnetka IL 60093

RE: TD Auto Finance LLC Account No. xxx-xxxxxx2556
2014 Ford Explorer, VIN: 1FM5K8GT8EGB50057

You have failed to maintain your payments to TD Auto, as required under 11 U.S.C. §362 and your agreement with TD Auto. You must cure the delinquency within fourteen (14) days from the date of this Notice and provide proof of the cure to the undersigned and your attorney within fourteen (14) days from the date of this Notice.

**IF YOU FAIL TO PROVIDE PROOF THAT PLAN PAYMENTS
TO TD AUTO ARE CURRENT AND FILE A
NOTICE OF CURE WITHIN FOURTEEN (14) DAYS,
THE AUTOMATIC STAY WILL TERMINATE WITHOUT
FURTHER NOTICE OR ORDER, AND TD AUTO
MAY REPOSSESS AND SELL YOUR VEHICLE**

RIEZMAN BERGER, P.C.

By: **/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
kak@riezmanberger.com
Attorney for TD Auto

# **CERTIFICATE OF SERVICE**

The undersigned states that I served the attached Notice of Default upon the parties named below was served via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following, on October 18, 2021.

| | |
|---|---|
| Eleni Papakostas Cintron<br>228 W Frontage Rd<br>Winnetka IL 60093 | Debtor |
| David H Cutler<br>4131 Main St.<br>Skokie IL 60076 | Attorney for Debtor |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Chapter 13 Trustee |
| Office of the United States Trustee<br>219 S. Dearborn St., Rm. 873<br>Chicago, IL 60604 | |

/s/ Kathryn A. Klein