**UNITED STATES BANKRUPTCY COURT**
**NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) In proceedings under Chapter 13 |
|  | ) Honorable David D. Cleary |
| Eleni Papakostas Cintron, | ) |
|  | ) Case No. 19 B 33909 |
| Debtor. | ) |

## NOTICE OF TERMINATION OF AUTOMATIC STAY

TO:　Debtor:
　　　Eleni Papakostas Cintron
　　　228 W Frontage Rd
　　　Winnetka IL 60093

　　　Counsel for Debtor
　　　David H Cutler
　　　4131 Main St.
　　　Skokie IL 60076

　　　Chapter 13 Trustee:
　　　Marilyn O Marshall
　　　224 South Michigan Ste 800
　　　Chicago, IL 60604

　　RE:　TD Auto Finance LLC Account No. xxx-xxxxxx2556
　　　　2014 Ford Explorer, VIN: 1FM5K8GT8EGB50057

　　Debtor has failed to maintain payments to TD Auto Finance LLC ("TD Auto") pursuant to the terms of the Plan, as required under 11 U.S.C. §362 and the agreement between Debtor and TD Auto. Therefore, the automatic stay has terminated, and TD Auto will utilize its non-bankruptcy remedies as to the vehicle set forth above.

　　Further the Trustee shall cease payments on the secured claim of TD Auto after the effective date of this Order until such time as an amended claim has been filed or further Order of this Court.

　　　　　　　　　　　　　　　　　　RIEZMAN BERGER, P.C.

　　　　　　　　　　　　　　　　　　By: **/s/ Kathryn A. Klein**
　　　　　　　　　　　　　　　　　　Kathryn A. Klein, #06199235
　　　　　　　　　　　　　　　　　　7700 Bonhomme Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63105
　　　　　　　　　　　　　　　　　　(314) 727-0101
　　　　　　　　　　　　　　　　　　kak@riezmanberger.com
　　　　　　　　　　　　　　　　　　Attorney for TD Auto

## **CERTIFICATE OF SERVICE**

      The undersigned states that I served the attached Notice of Termination of Automatic Stay upon the parties named below via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following, on November 2, 2021:

| | |
|---|---|
| Eleni Papakostas Cintron<br>228 W Frontage Rd<br>Winnetka IL 60093 | Debtor |
| David H Cutler<br>4131 Main St.<br>Skokie IL 60076 | Attorney for Debtor |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Chapter 13 Trustee |
| Office of the United States Trustee<br>219 S. Dearborn St., Rm. 873<br>Chicago, IL 60604 | |

      /s/ Kathryn A. Klein